UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| VLADIMIR TSASTSIN | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **18 Cv 5975 (LAK)** |
| United States of America, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

TO:   Clerk of Court
  United States District Court
  Southern District of New York

  The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

  Respectfully submitted,

  GEOFFREY S. BERMAN
  United States Attorney for the
    Southern District of New York

  by:   /Sarah Lai/
    Sarah Lai
    Assistant United States Attorney
    (212) 637-1944

TO:   Vladimir Tsastsin, *Pro Se*
  ID # 91040-054
  Moshannon Valley Correctional Center
  555 Geo Drive
  Philipsburg, PA 16866